DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS EARL HARRINGTON, III,**
Appellant,

v.

**JEANETTE MARIE POSPISHIL,**
f/k/a **JEANETTE MARIE HARRINGTON,**
Appellee.

No. 4D20-891

[February 17, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case No. 502018DR011205XXXXMB.

Allen H. Libow of Allen Libow, P.A., Boca Raton, for appellant.

Jonathan S. Root and Christopher A. Tiso of Jonathan S. Root, P.A., Boca Raton, for appellee.

PER CURIAM.

Appellant, Former Husband, challenges an order holding him in contempt for failing to deliver the subject child's passport as required by the parties' mediated settlement agreement and parenting plan. The trial court's rulings and findings of fact were supported by competent, substantial evidence that Former Husband willfully refused to give Former Wife the passport she reasonably requested. Further, we find no error in the trial court's construction of the agreement and plan.

Finally, we do not deem that the purge provision deviates and modifies the agreement. The purge provision requires Former Husband "to comply with Former Wife's prospective written requests for the minor child's passport and produce same to the Former Wife within 48 hours of her request," or the court *may* consider it grounds to modify the agreement. He contends that the court omitted and therefore modified the agreement's provision that the request be reasonable. We do not conclude that the court was modifying the agreement and removing the requirement of reasonableness of the request. It was merely requiring strict compliance

with the provision, as the trial court found that Former Husband had unreasonably withheld the passport.[1]

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

*　　*　　*

**_Not final until disposition of timely filed motion for rehearing._**

---

[1] We note that in his motion for rehearing of the order of contempt, Former Husband never raised this issue even though he contested almost everything else in the order.